[Nos. 34913-2-II; 34916-7-II;   Division Two.   June 1, 2007.]
34923-0-II; 34926-4-II;
34933-7-II.

THE STATE OF WASHINGTON, *Appellant*, v. JASON L. HARNER, *Respondent*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 88-8-00270-1, Gordon Godfrey, J., entered May 1, 2006. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 56743-8-I.   Division One.   June 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNY WAYNE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04982-7, Steven C. Gonzalez, J., entered August 17, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57079-0-I.   Division One.   June 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01818-0, Nicole MacInnes, J., entered August 3 and September 21, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57092-7-I.   Division One.   June 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FAHEEM RASHID, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10429-3, Paris K. Kallas, J., entered September 12, 2005. *Affirmed* by unpublished per curiam opinion.